U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JAN - 6 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **CLARENCE D. LEWIS**<br>La. DOC #123525<br>VS.<br><br>**WARDEN, SOUTH LOUISIANA CORRECTIONS CENTER** | **NO. 6:08-mc-0047**<br><br>**JUDGE TRIMBLE** |

### MEMORANDUM RULING

Clarence D. Lewis, an inmate in the custody of Louisiana's Department of Public Safety and Corrections, is currently incarcerated at the South Louisiana Corrections Center, Basile, Louisiana. On November 21, 2008 Lewis submitted a *pro se* petition for writ of *habeas corpus* to the Clerk of Court attacking the constitutionality of his August 21, 2008 misdemeanor convictions for simple battery and domestic abuse in the City Court of Opelousas. On December 8, 2008 the undersigned dismissed the petition because Lewis failed to comply with previous sanction orders directing him to obtain court approval before filing any new *habeas corpus* or civil rights actions. The undersigned further observed that the petition was subject to dismissal because petitioner could not satisfy the "in custody" and "exhaustion of state court remedies" requirements of 28 U.S.C. §2254. [see rec. doc. 2]

On December 22, 2008 petitioner submitted a letter to the court apparently requesting "permission to enter U.S.D.C. after exhaustion of state court remedies on applied motions..." [rec. doc. 3] To the extent that Lewis objects to the order of December 8, his objection is noted and **DENIED**; to the extent that Lewis seeks prior approval to file a *habeas corpus* petition at some future date, his request is premature and is therefore **DENIED**.

**ALL PREVIOUS SANCTION ORDERS REMAIN IN EFFECT.**

In Chambers, Lake Charles, Louisiana _January 6_, 2009.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE